# United States Court of Appeals
## For the First Circuit

No. 06-2746

UNITED STATES OF AMERICA,

Appellee,

v.

ANTHONY BUCCI,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 13, 2008 is amended as follows:

Page 3, footnote 1, line 2, replace "9214(c)(1)(A)" with "924(c)(1)(A)"